Eastern District of Kentucky
**FILED**
OCT 20 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

CRIMINAL ACTION NO. 5:22-CR-127-GFVT

**UNITED STATES OF AMERICA**  PLAINTIFF

V.   **MOTION OF UNITED STATES
FOR ISSUANCE OF ARREST WARRANT**

**THOMAS Z. KASEMEYER**  DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **THOMAS Z. KASEMEYER**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: *William Moynahan*
William P. Moynahan
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4846
william.moynahan2@usdoj.gov